UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:21-mc-00181-KJM-CKD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Kinde Durkee, | |
| Defendant and Judgment Debtor. | |
| State Controller's Office (and its Successors and Assignees), | |
| Garnishee, | |

On July 21, 2021, the United States filed an application for a writ of garnishment. ECF No. 1. A writ or garnishment was issued on July 23, 2021. ECF No. 3. Garnishee acknowledged service and answered on August 2, 2021. ECF No. 7. This case was then related to criminal case No. 2:12-cv-00123-KJM, which is now closed. No further activity has occurred in the case. Plaintiff is directed to file a status report **within fourteen days**. The report should state whether this miscellaneous action may be closed.

IT IS SO ORDERED.

DATED: June 27, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE