IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KINDE DURKEE,<br><br>　　　　Debtor.<br><br>STATE CONTROLLER'S OFFICE,<br><br>　　　　Garnishee. | Case No.: 2:21-mc-00181 KJM-CKD<br><br>ORDER<br><br>Criminal Case No. 2:12-cr-00123-KJM |

　　　　The parties filed a stipulation for final order of garnishment on August 15, 2023.  (ECF No. 14.) The stipulation states that the parties consent to magistrate judge jurisdiction for all purposes and that the government will file the signed consent forms with the court.  (Id. at 4, para. D.)  The consent forms are attached to the government stipulation; one is signed by the government and the other is signed by Attorney David B. Smith.  (Id. at 7-9.)  However, the court must deny the proposed order because Attorney Smith has not appeared as attorney of record in this case.

////

////

////

Final Garnishment Order

1

Under Local Rule 182, no attorney may participate in any action unless the attorney has appeared as an attorney of record. As Attorney Smith seeks to participate in the lawsuit, but is not attorney of record, the proposed order is denied without prejudice.

IT IS SO ORDERED.

Dated:  August 31, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,durk.181