IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KINDE DURKEE,<br><br>    Defendant and Judgment Debtor.<br><br>STATE CONTROLLER'S OFFICE,<br><br>    Garnishee. | Case No.: 2:21-mc-00181 CKD<br><br>ORDER |

On July 21, 2021, the United States filed an application for a writ of garnishment. (ECF No. 1.) On October 2, 2023, the Court granted the United States of America and Debtor's stipulation for a final order of garnishment. (ECF No. 21.) Garnishee was directed to pay the Clerk of the Court the entire approved $161,206.03 within thirty (30) days of the filing of the Court's October 2, 2023, order. (*Id.* at 2.) Once Garnishee's payment was deposited with the Clerk of the Court and the garnishment terminated, the Clerk of the Court was directed to close this action. (*Id.*) This deadline has now passed,

///

///

1

and no further activity has occurred in the case. Plaintiff is directed to file a status report within fourteen (14) days. The report should state whether this miscellaneous action may be closed.

IT IS SO ORDERED.

Dated: May 6, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, durk0181.21