PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-mc-00181-CKD |
|---|---|
| Plaintiff, | **UNITED STATES OF AMERICA'S STATUS REPORT AND REQUEST TO TERMINATE WRIT OF GARNISHMENT; ~~PROPOSED~~ ORDER** |
| v. | |
| KINDE DURKEE, | |
| Defendant and Judgment Debtor. | |
| STATE CONTROLLER'S OFFICE, | |
| Garnishee. | |

The State Controller's Office paid the entire $161,206.03 to the Clerk of Court as required by the Court's order. ECF 21. Therefore, the United States of America requests that the writ of garnishment be terminated pursuant to 28 U.S.C. 3205(c)(10)(B) and that the Clerk be directed to close this case.

Respectfully submitted,

Dated: May 7, 2024

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: May 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE